IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                  05-20364-04-D

DANIZ GARCIA

## ORDER ON ARRAIGNMENT

This cause came to be heard on  October 5, 2005 , the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME  James Thomas  who is Retained/**Appointed.**

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) ~~(being a state prisoner)~~ ~~(being a federal prisoner)~~ ~~(being held without bond pursuant to BRA of 1984)~~, is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:841 & 18:2;

U. S. Attorney assigned to Case: D. Henry

Age: 19

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  10-6-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20364 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT