UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY _____ D.C.

05 OCT 24 PM 1:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

-v-                                                    Case No. 2:05cr20364-04-D

DANIZ GARCIA

## ORDER AMENDING
## CONDITIONS OF RELEASE

On October 5, 2005, the court set a $15,000/10% bond for the defendant. Due to a clerical error, the portion of the conditions of release restricting the defendant's travel did not include travel to the Western District of Texas as well as the Western District of Tennessee.

IT IS THEREFORE ORDERED that the defendant's condition of release regarding travel and residence is amended as follows:

● Abide by the following restrictions on personal association, place of abode, or travel: Defendant is restricted in residence and travel to the Western District of Tennessee and the Western District of Texas and points in between for travel to and from court.

All other previously set conditions of release are to remain in effect.

Date: 10-18-05

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-24-05

-1-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20364 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT