IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 21  AM 9:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| VS. | *   CASE NO. 05-20364 |
| | * |
| DANIZ GARCIA | * |
| Defendant, | * |

## ORDER

On this the 21 day of December, 2005, came on to be considered the Motion Pro Hac Vice, and the Court is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that said Motion be GRANTED and RUSSELL M. ABOUD, be allowed to appear as counsel for Defendant **DANIZ GARCIA**.

SIGNED AND ENTERED on the 21 day of December, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20364 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Russell M Aboud
LAW OFFICE OF RUSSELL ABOUD
918 E. San Antonio
El Paso, TX 79901

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Robert A. Novelle
SERPICO NOVELLE PETROSINO & RASCIA LTD
61 West Superior St
Chicago, IL 60610

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tim Roellig
SERPICO NOVELLE PETROSINO & RASCIA LTD
61 West Superior St
Chicago, IL 60610

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT